IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS BRYANT, et al.,

        Plaintiffs,

ORDER

12-cv-593-wmc

v.

STRYKER COPORATION, et al.,

        Defendants.

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 18th day of September, 2012.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge